**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mr. Clayton-M. Bernard-Ex,<br><br>　　　Plaintiff<br><br>v.<br><br>Social Security Administration,<br><br>　　　Defendant. | Case No.: 2:26-cv-01985-APG<br><br>**Order Allowing Case to Proceed and<br>Transferring Case**<br><br>[ECF No. 1] |

Plaintiff Clayton-M. Bernard-Ex is subject to a vexatious litigant pre-filing order. *See Catamount Properties 2018, LLC v. Selassie*, 2:24-cv-01834-CDS-NJK, ECF No. 37.  That order prohibits Bernard-Ex from filing any new action in this court "involving the real property located at 8221 Hydra Lane, Las Vegas, Nevada 89128 without first obtaining pre-filing permission from the Chief Judge of this District." *Id*. at 12.

Bernard-Ex filed a "First Amended Complaint" initiating this case. ECF No. 1.  I have reviewed Bernard-Ex's proposed complaint.  It raises issues not related to the Hydra Lane property. ECF No. 1 at 2.  Thus, it does not violate the vexatious litigant order.  I will allow Bernard-Ex to proceed with this case.

Bernard-Ex also moves to consolidate this case with his pending Case No. 2:24-cv-2254-MDC, which Magistrate Judge Couvillier is presiding over. ECF No. 1-7.  Both cases seem to involve the same parties and issues, so having one judge oversee both is a wise use of judicial resources.  It is unclear why Bernard-Ex filed this lawsuit when he already has the same claims pending in that other lawsuit.  Regardless, I will transfer this case to Magistrate Judge Couvillier, and he can decide whether consolidation, dismissal, or some other procedure is appropriate.  I

also leave to Judge Couvillier to decide whether Bernard-Ex qualifies for In Forma Pauperis status. ECF No. 1-9.

I THEREFORE ORDER that plaintiff Clayton-M. Bernard-Ex may proceed with this litigation.

I FURTHER ORDER the clerk of court to transfer this case to Magistrate Judge Couvillier as the presiding judge.

DATED: July 7, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE